UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DIANE N. GEORGE,

      Plaintiff,

v.

MARIANNE LAMONT HORINKO,
Acting Administrator, United States
Environmental Protection Agency,

      Defendant.

Civil Action 01-00654 (HHK)

FILED
OCT 16 2003
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER AND JUDGMENT

Pursuant to FED. R. CIV. P. 58 and for the reasons stated by the court in its memorandum opinion docketed this same day, it is this 16th day of October, 2003, hereby

**ORDERED** that judgment is entered in favor of defendant and against plaintiff.

Henry H. Kennedy, Jr.
United States District Judge