# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**File Number 01-00654**

Diane N. George, Plaintiff

v.

Marianne Lamont Horinko,
Acting Administrator, U.S.
Environmental Protection Agency,
Defendant

**Notice of Appeal**

Notice is hereby given that Diane N. George, Plaintiff, in the above named case, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from an Order of Summary Judgment entered in this action on October 16, 2003.

Respectfully Submitted,

*Suzanne Tsintolas*

Suzanne M. Tsintolas, Esq., MD. 13089
The Law Office of Suzanne M. Tsintolas
14724 Westbury Road
Rockville, Maryland 20853
301-460-4000
301-460-3443 (fax)

```
======NO REFUND WITHOUT RECEIPT======
CHECK TENDERED $              $255.00
            255.00
===== T O T A L =======
            255.00
086900    FILING FEE  CIVIL
CASE # 01-0654
======NO REFUND WITHOUT RECEIPT======
DC  1-1 TAM           Receipt # 119571
12/10/03                     3:33:29 PM
            WASHINGTON D.C.
        U.S. DISTRICT COURT
```