# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 03-5356**                                        **September Term, 2004**

DIANE N. GEORGE,
           APPELLANT

v.

MICHAEL O. LEAVITT, ADMINISTRATOR, EPA,
           APPELLEE

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

FILED  MAY 17 2005

CLERK

Appeal from the United States District Court
for the District of Columbia
(No. 01cv00654)

Before: EDWARDS, HENDERSON, and RANDOLPH, *Circuit Judges*.

## JUDGMENT

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be affirmed as to the judgment against George on her retaliation and hostile work claims and be reversed as to the judgment in favor of EPA on the discrimination claims. The case is hereby remanded for further proceedings, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

**MANDATE**
Pursuant to the provisions of Fed. R. App. Pro. 41(a)
ISSUED: 7/8/05
BY: [signature], Deputy Clerk
ATTACHED: ___ Amending Order
           ___ Opinion
           ___ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: [signature]
Michael C. McGrail
Deputy Clerk

Date: May 17, 2005

Opinion for the court filed by Circuit Judge Edwards.

A True copy:

United States Court of Appeals
for the District of Columbia Circuit

By: [signature] Deputy Clerk