**FILED**

MAR 0 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DIANE N. GEORGE,                    :
                                    :
   Plaintiff,       :
                                    :
 v.                            : Civil Action No. 01-0654 (JR)
                                    :
STEVE JOHNSON, ADMINISTRATOR,       :
U.S. ENVIRONMENTAL PROTECTION       :
AGENCY,                             :
                                    :
   Defendant.        :

### VERDICT FORM

1. Has the Plaintiff, Diane George, proven, by a preponderance of the evidence, that the Environmental Protection Agency (EPA), intentionally discriminated against her on the basis of her race (black) by terminating her employment?

  _____Yes      _____ ✗ No

2. Has the Plaintiff, Diane George, proven, by a preponderance of the evidence, that the Environmental Protection Agency (EPA), intentionally discriminated against her on the basis of her national origin (Trinidad and Tobago) by terminating her employment?

  _____Yes     _____ ✗ No

3. Has the Plaintiff, Diane George, proven, by a preponderance of the evidence, that the Environmental Protection

Agency (EPA), intentionally discriminated against her on the

basis of her gender (female) by terminating her employment?

_____Yes                              _____X_____No

IF YOU ANSWERED "NO" TO EACH OF THE QUESTIONS 1, 2, AND 3 DO NOT
ANSWER ANY FURTHER QUESTIONS.  IF YOU ANSWERED "YES" TO ONE OR
MORE OF QUESTIONS 1, 2, OR 3, GO ON TO QUESTION 4.

       4.  What sum of money do you find would reasonably

compensate Diane George for any compensatory damages suffered as

a result of defendant's discrimination?

       $_____

            This is our unanimous verdict.

Date: _____